*Nicholas Low* v. *Jacob W. Hallett.*

ON a motion to change the *venue* from *New-York* to *Ontario,* in an action for use and occupation, the defendant swore all his witnesses resided in the latter county, where the house was situated.

*Hoffman* resisted it because the action was transitory, and on an affidavit by the plaintiff, stating his

3 H

Feb. Term, 1805.

case to rest on written receipts, and an agreement executed in *New-York*.

*Per Curiam.* Take the effect of your application. The papers may be more easily transferred to *Ontario*, than the witnesses carried to *New-York*. The plaintiff does not show he has a single witness where his *venue* is laid, and the action being founded in privity of contract, not of estate, is of course transitory.